EL PUEBLO, DEMANDANTE Y APELADO, *v.* MARCANO, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao en causa por juegos prohibidos.

No. 696.—Resuelto en julio 14, 1914.

CONDENA DOBLE—IMPUTACIÓN DE DOS DELITOS POR UN MISMO HECHO—EXPOSICIÓN DEL CASO—DEFENSA HECHA POR PRIMERA VEZ EN APELACIÓN.—La alegación hecha por primera vez en apelación en el sentido de que por hechos ocurridos en el mismo día y en las mismas circunstancias se han imputado al acusado dos delitos y se le han impuesto dos condenas en lugar de una, debe desestimarse cuando falta constancia en el récord de que tal alegación haya sido hecha en la corte inferior y tampoco se demuestre por medio de escrito de exposición del caso.

Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.*
Abogado del apelante: *Sr. Manuel F. Rossy.*

SENTENCIA.

Celebrada la vista del presente recurso en 7 de julio corriente, con asistencia de ambas partes, este tribunal ha exa-

minado la transcripción de autos en la que no hay exposición del caso ni pliego de excepciones, y no habiéndose alegado más defensa en apoyo de dicho recurso que la de haber sido condenado Marcano en la causa de que se trata como culpable del delito comprendido en el artículo 299 del Código Penal y en otra causa como culpable de otro delito comprendido en el artículo 300 del mismo código cuando, según opina la parte apelante, sólo ha podido ser castigado por uno de esos delitos, cuya defensa procede desestimar, entre otras razones, por no constar que haya sido alegada oportunamente en la corte inferior y faltar escrito de exposición del caso que la sostenga; vista la resolución dictada por esta Corte Suprema en los casos de *El Pueblo de Puerto Rico* v. *Belpré,* 19 D. P. R., 508 y 510, y no apareciendo demostrado que se haya cometido error fundamental alguno, se declara sin lugar el recurso y confirmamos la sentencia apelada que dictó la Corte de Distrito de Humacao en 7 de abril del corriente año. Y comuníquese en la forma correspondiente.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.